1 | KEVIN V. RYAN (CSBN 118321)
United States Attorney

**E-filed 5/18/06**

2

3 | EUMI CHOI (WVSBN 0722)
Chief, Criminal Division

4 | EDWARD TORPOCO (CSBN 200653)
Assistant United States Attorney

5

6 | 450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-7071

7 | Facsimile: (415) 436-7234

8 | Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

9 | NORTHERN DISTRICT OF CALIFORNIA

10 | SAN JOSE DIVISION

11

12 | UNITED STATES OF AMERICA,    )    No.:  CR 05-00715-4 JF (HRL)
    )
13 |         Plaintiff,    )    STIPULATION AND [PROPOSED]
    )    ORDER TO CONTINUE SENTENCING
14 |     v.    )
    )
15 | JIA JING CHU,    )
    )
16 |         Defendant.    )
    )
17 | _____    )
    )
18 | _____    )

19 |         The parties stipulate as follows:

20 |         1.  Defendant Jia Jing Chu is presently scheduled for sentencing on June 7, 2006, at 9:00

21 | a.m.

22 |         2.  Undersigned counsel for the government will be leaving the U.S. Attorney's Office at

23 | the end of May 2006.  In the interest of facilitating an expeditious resolution of this case, and

24 | avoiding the discontinuity and delay associated with substitution of new government counsel, the

25 | parties jointly request that this sentencing hearing be advanced to Tuesday, May 23, 2006, at 9:00

26 | a.m.

27 |         3.  The United States has cleared the new proposed date with U.S. Probation, which has

28 | already prepared the draft Pre-sentence Report, and the Court's Courtroom Clerk.

STIPULATION AND ORDER
(CR 05-00715-4 JF)

IT IS SO STIPULATED.


DATED: __May 2, 2006_____          __/s/ EDWARD TORPOCO__
                                    EDWARD TORPOCO
                                    Assistant U.S. Attorney


DATED: _May 16, 2006_____          __/S/ BARRY MORRIS__
                                    BARRY MORRIS
                                    Counsel for Defendant Jia Jing Chu

The sentencing hearing for Defendant Jia Jing Chu is hereby re-set from June 7, 2006,

at 9:00 a.m., to May 23, 2006, at 9:00 a.m.

PURSUANT TO STIPULATION, IT IS SO ORDERED.


DATED: ___5/18/06_____          _____
                                      HON. JEREMY FOGEL
                                      United States District Judge

STIPULATION AND ORDER
(CR 05-00715-4 JF)